# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals.

vs

LEXISNEXIS SCREENING SOLUTIONS INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., a Corporation, and DOES 1 through 50, Inclusive

Defendants.

**FILED**
2010 AUG -3  PM 12:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL ACTION**

Case No. 10 CV 1531 — MMA — JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

James R. Robertson, Esq. (SBN: 204923)
MCCOY, TURNAGE & ROBERTSON, LLP
5469 Kearny Villa Road, Suite 206
San Diego, California 92123

An answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

03 AUG 2010
DATE

By E. SILVAS, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)