| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: 858-300-1900 | FOR COURT USE ONLY |
|---|---|---|
| James R. Robertson, SBN 204923<br>MCCOY, TURNAGE & ROBERSTON, APLC<br>5469 Kearny Villa Road, Ste. 206<br>San Diego, CA 92123 | | |
| ATTORNEY FOR (NAME): Plaintiffs | Ref. No. or File No.<br>Cazier | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>Southern District of California<br>880 Front Street, Suite 4290<br>San Diego, CA 92101 | | |

PLAINTIFF:
MONTY N. CAZIER, FOR HIMSELF AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS

DEFENDANT
LEXISNEXIS SCREENING SOLUTIONS, INC., FORMERLY KNOWN AS CHOICEPOINT'S WORKPLACE SOLUTIONS, INC.; et al.

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV | CASE NUMBER<br>0-CV-1531-MMA-JMA |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

**Summons; Complaint; Civil Cover Sheet**

ON: Lexisnexis Screening Solutions, Inc., formerly known as Choicepoints Workplace Soultions, Inc., a cor
AT: 818 West Seventh Street
Los Angeles, CA 90017

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 8/20/2010 12:45:00 PM
PERSON SERVED: Margaret Wilson - Person Authorized to Accept

FEE FOR SERVICE: $90.00

Registered California Process Server
County: Los Angeles
Registration No. 6635
American Messenger Service, Inc.
2870 4th Avenue, Suite 102
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Friday, August 20, 2010**

Signature: _____
Isaac Trenco

**PROOF OF SERVICE**

10000360