1  JAMES F. MCCABE (CA SBN 104686)
   JMcCabe@mofo.com
2  ADRIANO HRVATIN (CA SBN 220909)
   AHrvatin@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  415.268.7000
5  Facsimile:  415.268.7522

6  Attorneys for Defendant
   LEXISNEXIS SCREENING SOLUTIONS INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals, | Case No.   10 CV 1531 MMA JMA |
| --- | --- |
|                         Plaintiffs, | |
|            v. | **CLASS ACTION** |
| LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., a corporation; and DOES 1 through 50, inclusive, | **STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
|                         Defendants. | Complaint Filed: July 22, 2010 |

STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 10 CV 1531 MMA JMA
sf-2893018

1   Pursuant to Southern District Local Civil Rules 7.2 and 12.1, plaintiff Monty N. Cazier
2   and defendant LexisNexis Screening Solutions Inc., through their respective attorneys, hereby
3   stipulate, agree and jointly move the Court for an order providing that the time by which
4   defendant may answer or otherwise respond to the complaint filed in the above-captioned action
5   be extended to and include October 11, 2010.

6   Good cause supports the parties' stipulation and joint motion. Plaintiff in this putative
7   Fair Credit Reporting Act class action concurrently filed in this court another putative class
8   action, *Cazier v. HD Supply*, *Inc*., No. 10-1530 LAB NLS, filed on July 22, 2010, asserting Fair
9   Credit Reporting Act claims arising out of the same employment application process as is
10  implicated here. Plaintiff is represented in each of the two cases by the same counsel. All of the
11  defendants in the two cases are represented by the same counsel. Coordination of the scheduling
12  in these matters will preserve the time and resources of the parties and the Court. Plaintiff and the
13  defendants in each of the matters agree that defendants' time to answer or otherwise respond to
14  the respective complaints should be extended to October 11, 2010.

15  For the foregoing reasons, the parties respectfully request that the time for defendant to
16  answer or otherwise respond to the complaint be extended to and include October 11, 2010.

17  Dated:  September 10, 2010            MORRISON & FOERSTER LLP

                                          By:  s/ James F. McCabe
                                               James F. McCabe
                                               Email:  JMcCabe@mofo.com

                                               Attorneys for Defendant
                                               LEXISNEXIS SCREENING
                                               SOLUTIONS, INC.

| | | |
|---|---|---|
| 1 | Dated: September 10, 2010 | MCCOY, TURNAGE & ROBERTSON, LLP |

By:   s/ James R. Robertson
    James R. Robertson
    Email:  jrr@mtrlaw.com

Attorneys for Plaintiff
MONTY N. CAZIER

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of September 2010, I electronically filed the foregoing Stipulation and Joint Motion to Extend Time to Respond to Complaint with the Clerk of the Court using the CM/ECF System, which will send a notification of the filing to the following attorneys of record:

> James R. Robertson, Esq.
> McCoy, Turnage & Robertson, LLP
> 5469 Kearny Villa Road, Suite 206
> San Diego, California  92123
>
> Attorneys for Plaintiff Monty N. Cazier

s/ James F. McCabe
James F. McCabe
