JAMES F. MCCABE (CA SBN 104686)
JMcCabe@mofo.com
ADRIANO HRVATIN (CA SBN 220909)
AHrvatin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
LEXISNEXIS SCREENING SOLUTIONS INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals,<br><br>  Plaintiffs,<br><br>  v.<br><br>LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.   10 CV 1531 MMA JMA<br><br>**CLASS ACTION**<br><br>**DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Complaint Filed: July 22, 2010 |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Southern District Local
2  Civil Rule 40.2, defendant LexisNexis Screening Solutions Inc. ("LexisNexis") states that:
3  (i) LexisNexis Risk Solutions Inc. is LexisNexis's parent company; and (ii) Reed Elsevier PLC
4  and Reed Elsevier NV are publicly-held corporations that own, through a number of intermediate
5  subsidiaries, 100% of the shares of Reed Elsevier Inc., the company of which LexisNexis is an
6  operating division.  Interests in Reed Elsevier PLC are traded as American Depository Receipts
7  on the New York Stock Exchange under the symbol RUK.  Interests in Reed Elsevier NV are
8  traded as American Depository Receipts on the New York Stock Exchange under the symbol
9  ENL.

10  Dated:  September 22, 2010                MORRISON & FOERSTER LLP

                                              By:  s/ James F. McCabe
                                                   James F. McCabe
                                                   Email:  JMcCabe@mofo.com

                                                   Attorneys for Defendant
                                                   LEXISNEXIS SCREENING
                                                   SOLUTIONS, INC.

DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST
CASE NO. 10 CV 1531 MMA JMA
sf-2894428

2

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of September 2010, I electronically filed the foregoing Disclosure Statement and Notice of Party with Financial Interest with the Clerk of the Court using the CM/ECF System, which will send a notification of the filing to the following attorneys of record:

> James R. Robertson, Esq.
> McCoy, Turnage & Robertson, LLP
> 5469 Kearny Villa Road, Suite 206
> San Diego, California  92123
>
> Attorneys for Plaintiff Monty N. Cazier

s/ James F. McCabe
James F. McCabe

DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST
CASE NO. 10 CV 1531 MMA JMA
sf-2894428

3