# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.   10 CV 1531 MMA JMA<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  July 22, 2010 |

This matter came before the Court upon the parties' joint motion to extend the time for defendant LexisNexis Screening Solutions Inc. to respond to the complaint. Having reviewed and considered the parties' submission, and good cause appearing, the joint motion is GRANTED. Defendant shall respond to the complaint by October 11, 2010.

　　　IT IS SO ORDERED.

Dated:  September ____24, 2010

_____
The Honorable Michael M. Anello
United States District Court Judge

ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 10 CV 1531 MMA JMA
sf-2894328