1 | JAMES F. MCCABE (CA SBN 104686)
JMcCabe@mofo.com
2 | ADRIANO HRVATIN (CA SBN 220909)
AHrvatin@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California  94105-2482
Telephone:  415.268.7000
5 | Facsimile:  415.268.7522

6 | Attorneys for Defendant
LEXISNEXIS SCREENING SOLUTIONS INC.
7

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals,      Case No.   10 CV 1531 MMA JMA

12 | Plaintiffs,      **CLASS ACTION**

13

14 | v.      **STIPULATION AND JOINT MOTION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**

15 | LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., a

16 | corporation; and DOES 1 through 50, inclusive,

17 | Defendants.      Complaint Filed: July 22, 2010

18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND JOINT MOTION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 10 CV 1531 MMA JMA
sf-2903708

1   Pursuant to Southern District Local Civil Rules 7.2 and 12.1, plaintiff Monty N. Cazier
2   and defendant LexisNexis Screening Solutions Inc., through their respective attorneys, hereby
3   stipulate, agree and jointly move the Court for an order providing that the time by which
4   defendant may answer or otherwise respond to the complaint be extended to and include
5   November 10, 2010.  This is the parties' second request for an extension of defendant's response
6   deadline.  (Docket No. 4.)  On September 24, 2010, the Court approved the parties' first request
7   and ordered that defendant respond to the complaint by October 11, 2010.  (Docket No. 6.)
8   Good cause supports the parties' further stipulation and joint motion.  Plaintiff in this
9   putative Fair Credit Reporting Act ("FCRA") class action concurrently filed in this District
10  another putative class action, *Cazier v. HD Supply*, *Inc.*, No. 10-1530 LAB NLS, asserting FCRA
11  claims arising out of the same employment application process as is implicated here.  Plaintiff is
12  represented in each of the two cases by the same counsel; the defendants in the two cases are
13  represented by the same counsel.  The parties have engaged in substantive negotiations regarding
14  an early disposition of both matters and submit that a further limited extension of time would
15  work to preserve the parties' resources as well as the time and resources of the Court.  Plaintiff
16  and defendants in both matters agree that defendants' time to answer or otherwise respond to the
17  respective complaints should be extended to November 10, 2010, so that initial scheduling issues
18  remain coordinated.
19  For the foregoing reasons, the parties respectfully request that the time for defendant to
20  answer or otherwise respond to the complaint be extended to and include November 10, 2010.

21  Dated:  October 5, 2010                    MORRISON & FOERSTER LLP

24                                              By:   s/ James F. McCabe
                                                      James F. McCabe
25                                                    Email:  JMcCabe@mofo.com

26                                              Attorneys for Defendant
                                                LEXISNEXIS SCREENING
27                                              SOLUTIONS, INC.

1 | Dated: October 5, 2010          MCCOY, TURNAGE & ROBERTSON, LLP

By:  s/ James R. Robertson
     James R. Robertson
     Email: jrr@mtrlaw.com

     Attorneys for Plaintiff
     MONTY N. CAZIER

STIPULATION AND JOINT MOTION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 10 CV 1531 MMA JMA
sf-2903708

2

# CERTIFICATE OF SERVICE

I certify that on this 5th day of October 2010, I electronically filed the foregoing Stipulation and Joint Motion to Further Extend Time to Respond to Complaint with the Clerk of the Court using the CM/ECF System, which will send a notification of the filing to the following attorneys of record:

> James R. Robertson, Esq.
> McCoy, Turnage & Robertson, LLP
> 5469 Kearny Villa Road, Suite 206
> San Diego, California  92123
>
> Attorneys for Plaintiff Monty N. Cazier

                                     s/ James F. McCabe
                                     James F. McCabe