1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11  MONTY N. CAZIER, for himself and on behalf     Case No.    10 CV 1531 MMA JMA
    of all similarly situated individuals,

12
                        Plaintiffs,
13                                                   **CLASS ACTION**

            v.
14
                                                     **ORDER GRANTING JOINT**
15  LEXISNEXIS SCREENING SOLUTIONS, INC.,           **MOTION TO FURTHER**
    formerly known as CHOICEPOINT'S                 **EXTEND TIME TO RESPOND**
    WORKPLACE SOLUTIONS, INC., a                    **TO COMPLAINT**
16  corporation; and DOES 1 through 50, inclusive,

17                      Defendants.                   Complaint Filed:  July 22, 2010

18

19          This matter came before the Court upon the parties' joint motion to further extend the time

20  for defendant LexisNexis Screening Solutions Inc. to respond to the complaint.  Having reviewed

21  and considered the parties' submission, and good cause appearing, the joint motion is

22  GRANTED.  Defendant shall respond to the complaint by ***November 10, 2010***.

23          IT IS SO ORDERED.

24

25  Dated:  October 8, 2010

26                                                   Honorable Michael M. Anello
                                                     United States District Court Judge
27

28