UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> LEXISNEXIS SCREENING SOLUTIONS, INC., etc., et al., <br><br> Defendants. | Case No. 10-CV-1531-MMA (JMA) <br><br> **ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |

On the Court's own motion, **IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference is rescheduled from January 6, 2011 to **February 8, 2011** at **10:00 a.m.** in the chambers of the Honorable Jan M. Adler, United States Magistrate Judge, Room 1165, U.S. Courthouse, 940 Front Street, San Diego, California.

**IT IS SO ORDERED.**

DATED: December 17, 2010

Jan M. Adler
U.S. Magistrate Judge

10cv1531