# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Cazier

                 Plaintiff,

v.

Lexisnexis Screening Solutions, Inc., et al

                 Defendant

No.   10cv1531-MMA(JMA)

REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE.

FILED 2011 JAN 21 AM 10:41
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:   "Low Numbered" Case No.   10cv1530-LAB(NLS)

Title:   Cazier v. HD Supply, Inc., et al

Nature of Case:   890 Other Statutory Actions

The above "low numbered" case and the present case appear

__x__ (1)   to arise from the same or substantially identical transactions, happenings or events; or

__x__ (2)   involve the same or substantially the same parties or property; or

_____ (3)   involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or

__x__ (4)   call for determination of the same or substantially identical questions of law; or

__x__ (5)   where a case is refiled within one year of having previously been terminated by the Court; or

__x__ (6)   for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:   10cv1531-LAB(NLS)

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**W. Samuel Hamrick, Jr.**, Clerk of Court,

DATED:   December 17, 2010       By: s/K. Johnson
                                                                               (By) Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED:   1-18-11

                                                      Larry Alan Burns
                                                      United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Larry Alan Burns and Magistrate Judge Nita L. Stormes for all further proceedings.

DATED:   1-20-2011

                                                      Michael M. Anello
                                                      United States District Judge