# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS SCREENING SOLUTIONS, INC., et al.,<br><br>Defendant. | CASE NO. 10cv1531-LAB (NLS)<br><br>**ORDER AMENDING NOTICE FOR EARLY NEUTRAL EVALUATION CONFERENCE** |

Pursuant to the Order transferring this case to the docket of Judge Stormes, the Court **HEREBY ORDERS** that the date for the Early Neutral Evaluation Conference **SHALL REMAIN** *February 8, 2011.* However, the time of 10:00 a.m. is **VACATED AND RESET TO** *2:00 p.m.* before Judge Stormes in *Courtroom G.* The parties are expected to appear *in person* in accordance with Judge Stormes' Chambers' Rules which may be located on the court's website.

**IT IS SO ORDERED**.

DATED: January 25, 2011

*[signature]*

Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court