MCCOY, TURNAGE & ROBERTSON, LLP
James R. Robertson, SBN 204923
5469 Kearny Villa Road, Suite 206
San Diego, California 92123
Tel: 858-300-1900
Fax: 858-300-1910

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals ;<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS SCREENING SOLUTIONS, INC., *et al.*,<br><br>Defendant. | Case No. 10-CV-1531 LAB (NLS)<br><br>**CLASS ACTION**<br><br>PLAINTIFF AND DEFENDANT LEXISNEXIS SCREENING SOLUTIONS, INC.'S STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>**JURY TRIAL DEMANDED**<br><br>Complaint Filed: July 22, 2010<br>Trial Date: |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Monty N. Cazier, and Defendant, LexisNexis Screening Solutions, Inc. (the "Parties"), and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), file this agreed Stipulation of Dismissal With Prejudice.

The Parties further agree that each Party shall bear its own attorneys' fees, costs, and expenses incurred in this action.

DATED: January 28, 2011          MCCOY, TURNAGE & ROBERTSON, LLP

By: /s/ James R. Robertson
    JAMES R. ROBERTSON

Attorneys for Plaintiff Monty N. Cazier and on behalf of similarly situated individuals

MORRISON & FOERSTER LLP

By: /s/ James F. McCabe
    JAMES F. MCCABE

Attorneys for Defendant
LEXISNEXIS SCREENING SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I certify that on this 28th day of January 2011, I electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of the Court using the CM/ECF System, which will send a notification of the filing to the following attorneys of record:

James F. McCabe
JMcCabe@mofo.com
AdrianoHrvatin
AHrvatin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
LEXISNEXIS SCREENING SOLUTIONS, INC.

/s/ James R. Robertson
JAMES R. ROBERTSON