# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY N. CAZIER,<br><br>                    Plaintiff,<br>vs.<br>LEXISNEXIS SCREENING SOLUTIONS, INC.,<br><br>                    Defendant. | CASE NO. 10cv1531-LAB (NLS)<br><br>**ORDER OF DISMISSAL** |

The parties have jointly moved to dismiss this action with prejudice. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Cazier's claims are therefore **DISMISSED WITH PREJUDICE** and the complaint is **DISMISSED**. No class has been certified in this putative class action, so the claims of putative class members are not prejudiced. The parties shall each bear their own expenses, costs and attorney's fees.

**IT IS SO ORDERED**.

DATED: February 4, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge